JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant FOFANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOUKARY FOFANA,<br><br>　　　　　Defendant. | No. 25-MJ-71344-MAG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME |

　　　　Boukary Fofana and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the detention hearing set for Tuesday, November 18, be continued to Thursday, December 4, 2025, for detention hearing and status regarding preliminary hearing. The reason for the requested continuance is to give defense counsel additional time to investigate a potential release plan for Mr. Fofana. Mr. Fofana and his counsel will also be reviewing discovery. Accordingly, the parties request that the hearing be continued to December 4, 2025.

　　　　The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from November 14, 2025, to December 4, 2025. An exclusion is appropriate under 18 U.S.C. § 3161(h)(1)(D) as the government's pretrial motion for detention is pending, and 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from November 14, 2025, to December 4, 2025, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the

STIPULATION AND [PROPOSED] ORDER

granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties further stipulate and agree that, given the need to investigate matters which may bear on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d). The parties further stipulate and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: November 17, 2025        JODI LINKER
                                Federal Public Defender
                                _____/s/_____
                                Sophia Whiting
                                Assistant Federal Public Defender

Dated: November 17, 2025        CRAIG H. MISSAKIAN
                                United States Attorney
                                _____/s/_____
                                Michael Pitman
                                Assistant United States Attorney

[~~PROPOSED~~] ORDER

Upon agreement and stipulation of Boukary Fofana and the United States, and good cause appearing, IT IS HEREBY ORDERED that defendant Boukary Fofana's hearing is continued to December 4, 2025, and time is excluded from the Speedy Trial Act. The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.

DATED:  November 17, 2025        _____
                                 HONORABLE SUSAN VAN KEULEN
                                 United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER