CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:25-cr-00419-NW |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM JANUARY 27, 2026, TO MARCH 25, 2026, AND [PROPOSED] ORDER |
| v. | |
| BOUKARY FOFANA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant BOUKARY FOFANA, that time be excluded under the Speedy Trial Act from January 27, 2026, through March 25, 2026.

At the hearing held on January 27, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until March 25, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 27, 2026, through March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 30, 2026

_____/s/_____
MICHAEL G. PITMAN
Assistant United States Attorney


_____/s/_____
SOPHIA MARIA WHITING
Counsel for Defendant BOUKARY FOFANA

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 27, 2026, and for good cause shown, the Court finds that failing to exclude the time from January 27, 2026, through March 25, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 27, 2026, to March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 27, 2026, through March 25, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 2, 2026
_____
Hon. NOËL WISE
United States District Judge