JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant FOFANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-00419-NW |
| Plaintiff, | UPDATED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME |
| v. | |
| BOUKARY FOFANA, | |
| Defendant. | |

Boukary Fofana and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing currently set for March 25, 2026, may be continued to May 19, 2026. The reason for the requested continuance is defense counsel is unavailable to appear on March 25, 2026 and therefore requests the hearing be continued to May 19, 2026.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from March 25, 2026, to May 19, 2026. An exclusion is appropriate under 18 U.S.C. § 3161(h)(1)(D) as the government's pretrial motion for detention is pending, and 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from March 25, 2026, to May 19, 2026, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND [PROPOSED] ORDER

The parties further stipulate and agree that, given the need to investigate matters which may bear on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d). The parties further stipulate and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act. See 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: March 24, 2026                    JODI LINKER
                                         Federal Public Defender
                                         _____/s/_____
                                         Sophia Whiting
                                         Assistant Federal Public Defender


Dated: March 24, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney
                                         _____/s/_____
                                         Michael G. Pitman
                                         Assistant United States Attorney


## [PROPOSED] ORDER

Upon agreement and stipulation of Boukary Fofana and the United States, and good cause appearing, IT IS HEREBY ORDERED that defendant Boukary Fofana's status hearing is continued to May 19, 2026, and time is excluded from the Speedy Trial Act. The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.

IT IS SO ORDERED.

DATED:  March 24, 2026        _____
                              HONORABLE NOEL WISE
                              United States District Judge

STIPULATION AND [PROPOSED] ORDER