JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant FOFANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>        v.<br><br>BOUKARY FOFANA,<br><br>                Defendant. | No. 25-CR-00419-NW<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING AND EXCLUDE TIME |

Boukary Fofana and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing currently set for May 19, 2026, may be continued to July 14, 2026, at 1:30. The reason for the requested continuance is defense counsel is in the process of reviewing discovery produced by the government and conducting independent investigation. The parties are in ongoing discussions about a potential resolution and defense counsel expects to provide additional information to the government. The parties therefore request the hearing be continued to July 14, 2026.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from May 19, 2026, to July 14, 2026. An exclusion is appropriate under 18 U.S.C. § 3161(h)(1)(D) for effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from May 19, 2026, to July 14, 2026, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND ~~[PROPOSED]~~ ORDER

IT IS SO STIPULATED.


Dated: May 13, 2026                          JODI LINKER
                                             Federal Public Defender
                                             _____/s/_____
                                             Sophia Whiting
                                             Assistant Federal Public Defender



Dated: May 13, 2026                          CRAIG H. MISSAKIAN
                                             United States Attorney
                                             _____/s/_____
                                             Michael G. Pitman
                                             Assistant United States Attorney



## [PROPOSED] ORDER

Upon agreement and stipulation of Boukary Fofana and the United States, and good cause appearing, IT IS HEREBY ORDERED that defendant Boukary Fofana's status hearing is continued from May 19, 2026, to July 14, 2026, and time is excluded from the Speedy Trial Act.


IT IS SO ORDERED.


DATED: __May 13, 2026__                      _____
                                             HONORABLE NOEL WISE
                                             United States District Judge










STIPULATION AND [PROPOSED] ORDER